IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ALPINE SUMMIT ENERGY PARTNERS, INC., *et al.*,[1] | Case No. 23-90739 (MI) |
| Debtors. | (Jointly Administered) |
| ALPINE SUMMIT FUNDING, LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 23-03213 |
| ALPINE SUMMIT ENERGY PARTNERS, INC., *et al.*, | |
| Defendants. | |

**ORDER GRANTING DEFENDANT CHRYSTIE HOLMSTROM'S MOTION TO DISMISS ADVERSARY COMPLAINT**

Before the Court is Defendant Chrystie Holmstrom's Motion to Dismiss Plaintiff Alpine Summit Funding, LLC's Adversary Complaint ("Motion"). Having considered the motion, and all applicable response(s), evidence, and authority, including argument(s) of counsel, the Court finds that the Motion should be GRANTED.

---

[1] The debtors in these Chapter 11 cases, along with the last four digits of their respective federal tax identification numbers are as follows: Alpine Summit Energy Partners, Inc. (3755), HB2 Origination, LLC (6760), Ageron Energy II, LLC (1436), Ironroc Energy Partners LLC (9801), Ageron Ironroc Energy, LLC (N/A), Alpine Summit Energy Investors, Inc. (4428), and Alpine Carbon, LLC (N/A). Collectively these entities are referred to as the "Debtors." The location of the Debtors' service address is: 3322 West End Ave, Suite 450, Nashville, TN 37203.

It is therefore ORDERED that the Motion is GRANTED, and that Plaintiff's Adversary Complaint is hereby dismissed as against Defendant Chrystie Holmstrom with prejudice.

SIGNED this date: _____.

_____
Hon. Marvin Isgur
United States Bankruptcy Judge